## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR505 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| VICTOR SANCHEZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion.

Two attorneys remain as counsel of record for the Defendant, James M. Davis (retained) and Michael T. Levy (CJA). Mr. Davis represented the Defendant at the trial at which the Defendant was found guilty of Count II of the Superseding Indictment (being an alien illegally in the United States while possessing a firearm). (Filing No. 55.) Mr. Levy represented the Defendant at his most recent trial, resulting in a jury verdict of guilty as to Counts I (conspiracy to distribute 500 grams or more of a mixture or substance containing methamphetamine), II (possession with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine) and III (possession of a firearm in furtherance of the drug trafficking crime charged in Count II) of the Second Superseding Indictment.

The Court grants Mr. Davis leave to withdraw from further representation of the Defendant in this matter. All further issues relating to this case, including sentencing, will be handled by Mr. Levy.

IT IS ORDERED:

1.     James M. Davis is granted leave to withdraw from further representation of the Defendant in this case;

2.      Michael T. Levy will handle all further matters relating to this case; and

3.      The Clerk's docket sheet shall immediately reflect Mr. Davis's withdrawal.

DATED this 23rd of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge