IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 8:03CR505 |
| ) | |
| vs. ) | |
| ) | ORDER |
| VICTOR SANCHEZ-GARCIA, ) | |
| ) | |
| Defendant. ) | |

In accordance with the memorandum and order (Filing No. 61),

IT IS ORDERED:

1. Leave to proceed in forma pauperis on appeal is denied;

2. The Clerk of Court is directed to provide a copy of this Order to the Eighth Circuit Court of Appeals; and

3. The Clerk is directed to mail a copy of this memorandum and order to the Defendant at his last known address.

DATED this 24th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge