# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br> vs.<br><br>**VICTOR SANCHEZ-GARCIA,**<br><br>    Defendant. | **8:03CR505**<br><br>**ORDER** |

This matter is before the Court on the Defendant's letter, docketed as a Motion to Appoint Counsel, ECF No. 206.

IT IS ORDERED:

1. The Defendant's letter, ECF No. 206, docketed as a Motion to Appoint Counsel, is denied; and
2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 25th day of March, 2020.

                BY THE COURT:

                s/Laurie Smith Camp
                Senior United States District Judge