IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:03CR505 |
| v. | ORDER |
| VICTOR SANCHEZ-GARCIA, | |
| Defendant. | |

This matter is before the Court on defendant Victor Sanchez-Garcia's ("Sanchez-Garcia") motion to appoint counsel (Filing No. 208). Defendant filed a nearly identical motion in 2020, which was denied by the judge assigned to the matter. The motion now before the Court seeks appointment of counsel to help defend and review his case. Other than stating that there may be "new laws" that "might be of some help to my case" defendant does little to explain why he needs counsel or what issues he seeks to advance.

Based upon the foregoing, it is hereby ordered that defendant's motion to appoint counsel (Filing No. 208) is denied.

Dated this 6th day of December 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge