IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR SANCHEZ-GARCIA,<br><br>Defendant. | 8:03CR505<br><br>ORDER |

This matter is before the Court on defendant Victor Sanchez-Garcia's ("Sanchez-Garcia) *pro se* motion for reconsideration (Filing No. 221). Sanchez-Garcia seeks reconsideration of the Court's June 3, 2024 Order denying Sanchez-Garcia's motion for sentencing reduction (Filing No. 218) under 18 U.S.C. § 3582(c)(2). Sanchez-Garcia specifically sought a reduction in his sentence under Subpart A of the Amendment 821 Retroactive Sentencing Guidelines. As noted in the Retroactive Sentencing Worksheet prepared in this matter (Filing No. 217), although Sanchez-Garcia qualifies for the removal of the status points, his sentencing guideline range would not have changed. The Court therefore denied his motion for relief.

For the reasons previously stated and for the reasons stated in this Order, Sanchez-Garcia's motion for reconsideration (Filing No. 221) is denied.

IT IS SO ORDERED.

Dated this 7th day of August 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge