IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:03CR505 |
| v. | |
| VICTOR SANCHEZ-GARCIA, | ORDER |
| Defendant. | |

This matter is before the Court on Sanchez-Garcia's *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Filing No. 220). To the extent that it is a § 2255 motion, dismissal is warranted because he has not requested permission to file a "second or successive motion." 28 U.S.C. § 2255(h); *see Rouse v. United States*, 14 F.4th 795, 802 (8th Cir. 2021) (upholding the district court's dismissal of successive claims for § 2255 relief that were not authorized by the court of appeals).

Although styled as a § 2255 motion, Sanchez-Garcia reiterates the same concerns about his sentencing paperwork and calculation of good time credits that he complained of in his previous *pro se* motion (Filing No. 215). He again asks this Court to provide the Mexican government updated information regarding his sentence and good time credit days he allegedly earned while in the custody of the Bureau of Prisons ("BOP").[1] The Court denied that request and directed Sanchez-Garcia to contact the BOP directly (Filing No. 219).

He now states that he wrote to the BOP, and they denied his request. Unfortunately, the Court remains unable to grant the relief Sanchez-Garcia requests for the same reasons

---

[1] According to Sanchez-Garcia, he was transferred to Mexico in April 2023. *See* Treaty on the Execution of Penal Sentences, Mex.-U.S., Nov. 25, 1977, T.I.A.S. No. 8718. He is currently serving the rest of his sentence in Guasave, Sinaloa in Mexico.

it explained before (Filing No. 219). Any information related to the length of Sanchez-Garcia's sentence—including his entitlement to any credits—is within the purview of the BOP, not this Court.

    IT IS SO ORDERED.

    Dated this 14th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge
